**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**SONIA CORCHADO**,

*Plaintiff*,

*v.*

**UPWARD HEALTH, INC.,** a Delaware corporation,

*Defendant*.

Case No.: 25-cv-02746

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff dismisses this lawsuit against Defendant with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

1

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) with prejudice.

Respectfully submitted,

Dated: August 26, 2025                    By:  /s/Patrick H. Peluso
                                                  One of Plaintiff's Attorneys

                                          Patrick H. Peluso*
                                          ppeluso@pelusolawfirm.com
                                          **PELUSO LAW, LLC**
                                          865 Albion Street, Suite 250
                                          Denver, Colorado 80220
                                          Telephone: (720) 805-2008

                                          Attorneys for Plaintiff

                                          * *Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's electronic filing system on August 26, 2025.

*/s/ Patrick H. Peluso*